Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
8149 North 87th Place
Suite 139
Scottsdale, Arizona 85258
Tel: (480) 315-6501
Fax: (480) 323-2106
Email: kjr@rattaylaw.com

Attorneys for Debtors/Debtors-in-possession

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In proceedings under Chapter 11 |
|---|---|
| JOSE M. ANGELES and ETHEL WOLDA AGRES ANGELES, | Case No. 2:11-bk-01182-GBN |
| Debtors/Debtors-In-Possession. | **AMENDED MOTION FOR ORDER SETTING CLAIMS BAR DATE** |

Jose and Ethel Angeles, the Debtors and Debtors-in-Possession (herein "Debtors"), request entry of an order setting a claims bar date. Debtors are seeking entry of an order setting a claims bar date in order to promote the efficient administration of the case including the making of payments to creditors once the plan is confirmed.

Debtors propose that the claims bar date be set for twenty-one days from the date of service of the order setting claims bar date. A form of order setting claims bar date will be uploaded provided that no objection to this motion to set claims bar date is filed within 14 days. The proposed form of order setting claims bar date is attached hereto as **Exhibit A.**

Dated: November 17, 2011

**KEVIN J. RATTAY, PLC**

*/s/ Kevin J. Rattay, 011057*
Kevin J. Rattay
Attorney for Debtors

Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

1

2   Copy of the foregoing transmitted by
  email this 17th day of November, 2011 to:

3

4   Patty Chan
  Office of the U.S. Trustee

5   230 North First Avenue
  Suite 102

6   Phoenix, AZ 85003

7
  */s/ Kevin J. Rattay*

8   Kevin J. Rattay

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

2