Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
8149 North 87th Place
Suite 139
Scottsdale, Arizona 85258
Tel: (480) 315-6501
Fax: (480) 323-2106
Email: kjr@rattaylaw.com

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

JOSE M. ANGELES and ETHEL WOLDA AGRES ANGELES,

Debtors/Debtors-In-Possession.

In proceedings under Chapter 11

Case No. 2:11-bk-01182-GBN

**CERTIFICATE OF MAILING NOTICE OF MOTION FOR ORDER SETTING CLAIMS BAR DATE AND DEADLINE FOR OBJECTIONS**

Kevin J. Rattay, an employee of Kevin J. Rattay, PLC, hereby certifies as follows:

1. He is, and at all times mentioned herein was, a citizen of the United States of America, over the age of 21 years and resident of the County of Maricopa, State of Arizona;

2. He is not a party in the above entitled proceedings;

3. On the 17th day of November, 2011 he caused to be deposited in the United States mail at Scottsdale, Arizona, with postage thereon pre-paid, a copy of the **NOTICE OF DATE TO OBJECT TO AMENDED MOTION FOR ORDER SETTING CLAIMS BAR DATE**, to all parties listed on the attached master mailing list.

DATED: November 17, 2011

| | |
|---|---|
| 1 | **KEVIN J. RATTAY, PLC** |
| 2 | |
| 3 | _/s/ Kevin J. Rattay_<br>Kevin J. Rattay |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |