Kevin J. Rattay (011057)
**KEVIN J. RATTAY, PLC**
8149 North 87th Place
Suite 139
Scottsdale, Arizona 85258
Tel: (480) 315-6501
Fax: (480) 323-2106
Email: kjr@rattaylaw.com

Attorneys for Debtors/Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOSE M. ANGELES and ETHEL WOLDA AGRES ANGELES,<br><br>Debtors/Debtors-In-Possession. | In proceedings under Chapter 11<br><br>Case No. 2:11-bk-01182-GBN<br><br>**SECOND AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED ON BEHALF OF DEBTORS** |

Kevin J. Rattay, PLC ("Applicant"), as bankruptcy counsel for the Debtors/Debtors-In-Possession, Jose M. Angeles and Ethel Wolda Agres Angeles ("Debtors"), hereby file this Application for Allowance and Payment of Compensation for Services Rendered on Behalf of Debtors ("the Application").

## **INTRODUCTION**

1. By this Application, Applicant seeks court approval for compensation in the amount of $3,822.50 for time expended for the period of August 19, 2011 to January 22, 2012. This is Applicant's second application for reimbursement of fees.

2. Applicant also seeks final approval of the interim fee application approved by this Court on September 29, 2011.

3. Applicant is sole practitioner law firm. Applicant maintains its principal office at 8149 N. 87th Place, Suite 139, Scottsdale, Arizona 85258.

4. This Application is filed in accordance with 11 U.S.C. §§330 and 331, Fed.R.Bankr.P. 2016(b), and the Guidelines of the United States Trustee.

5. All of the professional services that are the subject matter of this Application were rendered by Applicant exclusively to, and for the benefit of, the Debtors, at the request of the Debtors, and not for any other person or entity.

6. In the ordinary course of its business, Applicant maintains records of time expended by lawyers and paralegals in rendering services to clients. The time records are made contemporaneously with, or at a time close to, the rendition of professional services and are prepared by the professional who has rendered the services. Applicant's statement for all work performed in this matter commencing August 19, 2011 through January 22, 2012, provides a detail of all services rendered and costs expended for this period of time. The detailed report of such time and services is attached as Exhibits "A," "B" and "C"and incorporated herein by this reference. This report is compiled from those time records, showing the professional services rendered, the date on which the services were performed, the person who performed such services, and the amount of time spent in performing such services.

## I. BRIEF NARRATIVE HISTORY AND PRESENT POSTURE OF THE CASE

1. On January 17, 2011 Debtors commenced this case by filing a Voluntary Petition pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Kevin J. Rattay PLC was appointed as attorney for Debtors on January 26, 2011.

3. Debtors Plan was confirmed by this Court on January 27, 2012.

## II. NARATIVE SUMMARY OF SIGNIFICANT SERVICES FOR WHICH COMPENSATION IS SOUGHT BY THIS APPLICATION

The fees sought by Applicant have been categorized in accordance with the Guidelines of the Office of the United States Trustee in the following categories:

Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

### A. Case Administration

Services in this category include, but are not limited to schedule preparation, review of operating reports and compliance with other administrative requirements. A total of 1.4 hours were spent on services that might be appropriately categorized within this category. The fees amounted to $385.00.

### B. Plan and Disclosure

Services in this category include, but are not limited to preparation and finalization of plan and disclosure statement, and attendance at the confirmation hearing. A total of 11.3 hours were spent on services that might be appropriately categorized within this category. The fees amounted to $3,107.50.

### C. Claims

Services in this category include review of claims and finalization of claims bar date pleadings. A total of 1.2 hours were spent on services that might be appropriately categorized within this category. The fees amounted to $330.00.

## III. SUMMARY

In sum, the Applicant's services can be quantitatively broken down by subject matter as follows:

| CATEGORY | HOURS | TOTAL EXPENDED |
|---|---|---|
| Plan and Disclosure | 11.3 | $3,107.50 |
| Case Administration | 1.4 | $ 385.00 |
| Claims | 1.2 | $ 330.00 |
| **TOTAL** | **13.9** | **$3,822.50** |

## IV. BIOGRAPHICAL DATA ON THE PROFESSIONALS OF APPLICANT
Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

Kevin J. Rattay has been a member of the State Bar of Arizona since 1986. He is a graduate of the Arizona State University College of Law. He is certified by the State Bar of Arizona as a specialist in bankruptcy law.

## V. ANALYSIS OF BILLING RATES OR PROFESSIONALS OF APPLICANTS

Exhibit "A" itemizes and describes with particularity the nature and amount of time expended by Applicant which is the subject matter of this Application. The following analysis segregates the time expended by each lawyer or paralegal and indicated the basis for the fee which would be charged by the Applicant to a private client in a non-contingent case on the basis of the applicable hourly rates which are billed and paid monthly.

| PROFESSIONAL | HOURS | RATE | EXTENTION |
|---|---|---|---|
| Kevin J. Rattay- Attorney | 13.9 | $275.00 | $3,822.50 |
| *TOTAL* | *13.9* | | *$3,822.50* |

## VI. EVALUATION STANDARDS

The fees billed by Kevin J. Rattay, PLC to the Debtors for professional services rendered during the application period total $6,325.00. In accordance with 11 U.S.C. §330, this amount was calculated using the hourly rate for the attorneys involved. See also *In re Yermakov*, 718 F.2d 1465, 1471 (9th Cir. 1983). ("The primary method used to determine a reasonable attorneys' fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in Yermakov made specific references to *Johnson v. Georgia Highway Express, Inc.*, 478 F.2d 714, 717-19 (5th Cir. 1974), in which the Fifth Circuit listed twelve factors which should be considered in awarding attorneys' fees. These "Johnson factors" have been referred to and utilized by many courts in considering and awarding attorneys' fees in bankruptcy cases. See *In re Nucorp Energy, Inc.* 764 F.2d 655 (9th Cir. 1985).

Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

A decision of the 9th Circuit Bankruptcy Appellate Panel has concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors", is the appropriate standard to be applied in awarding fees in a bankruptcy case. See I*n re Powerline Oil Co.*, 71 Bankr. 767 (9th Cir. 1986).

In addition, the provisions of §330(a) place a premium on the timeliness of administration of the case. Compensable services must be " . . . performed within a reasonable time commensurate with the complexity, importance and nature of the problem, issue or task addressed." 11 U.S.C. §330(a)(3)(A).

The results obtained by Applicant within the time frames of this Application illustrate that the Applicant:

A. Used the skill required to perform the legal services properly;

B. Provided services necessary to the administrations of the case; and

C. Performed the services within a reasonable amount of time commensurate with the complexity, importance and nature of each task.

## VII. STATEMENT REGARDING RULE 2016(A). FED.R.BANKR.P.

Applicant received a pre-petition retainer from Debtors in the amount of $6,750.00. Of this amount, $1,512.50 was applied to pre-petition fees and $1,039.00 to the filing fee, leaving $4,198.50 in Trust.

Applicant applied the $4,198.50 held in Trust to the $6,325.50 in fees approved pursuant to the first fee application. Debtors paid the remaining unpaid balance of $2,126.50 from the first fee application in October and December 2011.

Other than indicated in this Application, Applicant has not received compensation from the Debtors, or been promised compensation by the Debtors, for services rendered by it to Debtors, and no agreement or understanding exists as between Applicant and any

Kevin J. Rattay PLC
8149 North 87th Place, Suite 139
Scottsdale, Arizona 85258
480-315-6501

other entity for the sharing of compensation to be received except as among partners of the Firm.

**VIII. <u>CONCULSION</u>**

WHEREFORE, Applicant prays for the Court to enter an order:

A.   Granting this final fee application and approving fees to the Applicant in the amount of $3,822.50;

B.   Granting final approval to the first interim fee application of Kevin J. Rattay PLC, which was approved by this Court on September 29, 2011 in the amount of $6,325.50; and

C.   Granting such other and further relief as may be deemed just and proper.

Dated:   March 30, 2012

**KEVIN J. RATTAY, PLC**

*/s/ Kevin J. Rattay, 011057*
Kevin J. Rattay
Attorney for Debtors